# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA<br>v.<br>TRAVIS SOPSON | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:10cr136-MEF-01<br>USM No.<br>Cleophus Gaines, Jr.<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  __1__  of the amended petition filed 3/7/12.

☑ was found in violation of condition(s)  __2, 3__  after pleading no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to reside in a residential reentry center maintained or under the contract to the BOP for 6 months | 02/15/2012 |
| 2 | Defendant committed another federal, state or local crime | 03/06/2012 |
| 3 | Defendant committed another federal, state or local crime | 03/06/2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __3276__

Defendant's Year of Birth:    __1980__

City and State of Defendant's Residence:
Phenix City, AL

04/26/2012
Date of Imposition of Judgment

Signature of Judge

Mark E. Fuller, U.S. District Judge
Name and Title of Judge

/ MAY 2012
Date

DEFENDANT: TRAVIS SOPSON
CASE NUMBER: 3:10cr136-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty Four (24) Months.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be designated to a facility where intensive residential substance abuse treatment is available and that he participates if he gets into the program; that defendant be placed in a facility within the BOP where he can receive the benefits of any educational programs available through the BOP; Defendant be placed as near Atlanta, Georgia as possible

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.



_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL